

Related DOJ
FILED
CLERK, U.S. DISTRICT COURT
NOV 10 2021
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Richard Lee Thomas
(Name of Plaintiff)

TBD? EDCV21-1913-CJC(JDE)
(Case Number)

(Address of Plaintiff)
Kern Valley State Prison

vs.

COMPLAINT

Kern Valley State Prison
CDCR
People of State of California, Sandoval, Peralta, J. Lopez, Bet......
(Names of Defendants)

I. Previous Lawsuits:

A. Have you brought any other lawsuits while a prisoner: ☐ Yes ☒ No

B. If your answer to A is yes, how many?: none Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

1. Parties to this previous lawsuit:

Plaintiff __________

Defendants __________

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

Rev'd 5/99

1

2. Court (if Federal Court, give name of District; if State Court, give name of County)

______________________________

3. Docket Number ______________________________

4. Name of judge to whom case was assigned ______________________________

5. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)

______________________________

6. Approximate date of filing lawsuit ______________________________

7. Approximate date of disposition ______________________________

II. Exhaustion of Administrative Remedies

A. Is there a grievance procedure available at your institution? ☒ Yes ☐ No

B. Have you filed a grievance concerning the facts relating to this complaint? ☒ Yes ☐ No

If your answer is no, explain why not I have filed numerous grievances concerning this matter, this one reason it took so long to file a claim. [illegible]

C. Is the grievance process completed? ☒ Yes ☐ No

III. Defendants

(In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item B for the names, positions and places of employment of any additional defendants.)

A. Defendant Staff at KVSP/CDCR is employed as Correctional officers & admin officials at Kern Valley State prison CDCR

B. Additional defendants Melendrez, J. Gomez, Betenhart, [illegible], Peralta, Sandoval. All of whom work at KVSP in CDCR. Facility located in Delano, CA 93216

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.)

I'm a victim of police misconduct, police brutality, corroborative & conservatorial framing & setup by criminal officers of the law, through fabrication of falsified police reports, in a criminally treasonous, derelict way 3-23-2021. Incident occurred in Perris on morning of day mentioned. I was harmed and injured brutally by several criminal officers at once because of criminal police misconduct, manipulation of the law. Abuse of authority & abuse of power, manipulating incident into occurring through criminal misconduct as public officials in uniform. Unnecessary roughness was used. Police brutality was used during an assault on me by several peace officers at once. I feared for my life. No pepper spray was used because I wasn't unruly. I was perfectly compliant & cooperative. I thought they were going to kill me that day.

V. Relief.

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

I'm suing for damages in amount of $2,300,000 due to infliction of great bodily harm and battery on an inmate during an assault on me by criminal officers. I want them to be fired and placed behind bars for their criminal offenses. I want financial compensation for my injuries as well as pain & suffering. Trauma too. Every cop I see now I think is going to hurt me. I thought they were attempting to kill me that day on 3-23-2021 in Perris [illegible]. That's why I'm suing, for criminal corruption. I demand justice & a fair & speedy trial. Perjury & treason committed by public officials.

Signed this 7 day of November, 2021.

R. [signature]
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

11-7-2021
(Date)

R. [signature]
(Signature of Plaintiff)

I'm pro-per so bear with me please. I'm doing the best that my abilities to practice the law allow me to do. I'm a serious victim of circumstances though. A real legit true victim of circumstances. Please pardon me. In every sense of the meaning of the word victim is what I am. It's because I'm a good person. Please pardon me. Do a background investigation on me. You'll see my lifestory and personal track record from day one speaks volumes victim of circumstance.

Governor Gavin Newsom · State Capitol · Sacramento, California 95814

## APPLICATION FOR PARDON

Complete this application to request a gubernatorial (governor's) pardon. This application is for a direct pardon; do not complete this form if you have been granted a Certificate of Rehabilitation. If you have submitted a pardon application in the last three years or if you have obtained a Certificate of Rehabilitation, please complete a re-application form. The Governor's Office and/or the Board of Parole Hearings may contact you for additional information relating to your application. If the Governor grants you a pardon, some information from your application will appear in a public report about clemency submitted to the California Legislature each year. Learn more about the pardon application process at www.gov.ca.gov/clemency or mail a request for information to: **Office of the Governor, State Capitol, Attn: Legal Affairs/Clemency, Sacramento, CA 95814.**

Please consider that when investigating & gathering information for my pardon

APPLICANT INFORMATION

(Attach additional pages as necessary)

Name (Last/First/Middle): Thomas, Richard Lee

Date of Birth: 06-27-1992 Social Security Number: 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

Residence Address: 32555 Sonoma Circle, Thousand Palms, CA 92276

Mailing Address (if different): Kern Valley State Prison, Delano, CA P.O. Box 5103 93216

Home/Cell Phone: 760-660-7138 Work Phone: 760-651-9187 Email: Sharonluvsu2@hotmail.com

1. Conviction Summary (*Note: The Governor's Office will review a complete copy of your criminal history report.)*

| List conviction(s) for which you are requesting a pardon. | | | |
|---|---|---|---|
| Crime(s): | Date(s) of conviction: | County of conviction(s): | Sentence(s): |
| P.C. 187 1st degree | 08-14-2015 | Riverside, CA | 25 yrs to life |
| P.C. 187 attempted | 06-30-2015 | Riverside, CA | 7 yrs to life |
| P.C. 245 | 06-30-2015 | Riverside, CA | 1 yr |
| GBInjury | 06-30-2015 | | |
| Use of deadly weapon | 06-30-2015 | | |
| Possession of deadly weapon | 06-30-2015 | | |

Were you under 26 years of age at the time of the crime(s) for which you are seeking a pardon? ☒ YES ☐ NO

| List all prior conviction(s) in California, any other state or country, or in federal court: | | | |
|---|---|---|---|
| Crime(s): | Date(s) of conviction: | Location of conviction(s): | Sentence(s): |

None. First term no priors. I'm a good person, well behaved, upstanding, constructively productive member of society too. I'm a serious victim of circumstance because I'm a naturally dangerous individual in a personal confrontation where violence is involved. I try my best to avoid fights at all times. But sometimes it's unavoidable. Especially in prison & low-income areas.

2. Describe the circumstances of your crime(s).

The circumstances were this. I was being victimized by the person and I stood up for myself in both cases. I stand up to people who victimize me. I have a negative history as a lifelong victim of circumstances

3. Describe how a pardon may impact your life (e.g., immigration consequences, employment opportunities, impact on family members, civic participation).

A pardon would help me go back to my family where I belong. It would give me a second chance to prove my worth, that I'm worth being given a second chance at life. That I deserve another chance to do right and to do better. That I'm capable of changing out learning and of doing better. Please pardon me.

4. Describe your life since your conviction (e.g., efforts in self-development, including identifying and addressing treatment needs, professional and educational achievement; any set-backs, arrests, and new convictions; insight about past conduct; and future goals).

My life has been extremely rough, troubled and very on life threatening edge circumstantially. I've been beat up by inmates & corrupt public officials, victimized / brutalized. I've been put through a situation similar to that of Rodney King. Comparable to that is how my life has been. No exaggerations, I swear

5. If you have paid any money or given any gift to anyone to assist you in preparing this application, you are required by law to list their name, address, phone number, email address, the nature of your relationship, and amount paid or gift given.

Nobody. Please contact Radical Hope project (Ccllite/CNRB) (757) 876-5766 Ask them about helping advocate for me with Joseph Rhea attorney-at-law (760) 322-3001 I'm worth it the pardon.

**APPLICANT DECLARATION**

Complete the following statement after you have served your Notice of Intent to Apply for Clemency.

*I,* Richard Lee Thomas, *declare under penalty of perjury under the laws of the State of*
*(Print Applicant Full Name)*

*California that the information I have provided on this application is true and correct. I further declare that I have served (mailed or delivered) my notice of intent to apply for clemency on the District Attorney of the County of* Riverside, CA.
*(Name of County or Counties)*

R. Thomas
Applicant Signature

11-7-2021
Date

Submit this completed 2-page form to the **Office of the Governor, State Capitol, Attn: Legal Affairs/Clemency, Sacramento, CA 95814**. You may, but are not required to, include copies of relevant documents that support your application (e.g., certificates of achievement, photographs, letters of support, etc.). Do not send original documents, as application documents cannot be returned. Please update the Governor's Office promptly if your contact information changes. Submit a completed Notice of Intent to Apply for Clemency to the district attorney in the county of your convictions for which you are seeking a pardon.

STATE OF CALIFORNIA
**GOVERNMENT CLAIM**
DGS ORIM 006 (Rev. 08/19)

DEPARTMENT OF GENERAL SERVICES
OFFICE OF RISK AND INSURANCE MANAGEMENT

## CLAIMANT INFORMATION

| LAST NAME | FIRST NAME | MIDDLE INITIAL |
|---|---|---|
| Thomas | Richard | L |

| INMATE OR PATIENT IDENTIFICATION NUMBER (if applicable) | BUSINESS NAME (if applicable) |
|---|---|
| BF7339 | Favutrax |

| TELEPHONE NUMBER | EMAIL ADDRESS |
|---|---|
| 760-660-7138 | Sharonlovsu2@gmail.com |

| MAILING ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|
| 32555 Sonoma Circle | Thousand Palms | CA | 92276 |

IS THE CLAIMANT UNDER 18 YEARS OF AGE? ☐ Yes ☒ No

INSURED NAME (Insurance Company Subrogation):

IS THIS AN AMENDMENT TO A PREVIOUSLY EXISTING CLAIM? ☐ Yes ☒ No

EXISTING CLAIM NUMBER (if applicable): | EXISTING CLAIMANT NAME (if applicable):

## ATTORNEY OR REPRESENTATIVE INFORMATION

| LAST NAME | FIRST NAME | MIDDLE INITIAL |
|---|---|---|
| Rhea | Joseph | |

| TELEPHONE NUMBER | EMAIL ADDRESS |
|---|---|
| 760 322-3001 | |

| MAILING ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|
| | Palm Springs | CA | 92262 |

## CLAIM INFORMATION

STATE AGENCIES OR EMPLOYEES AGAINST WHOM THE CLAIM IS FILED: Kern Valley State Prison, CDCR

DATE OF INCIDENT: 3-23-2021

LATE CLAIM EXPLANATION (Required, if incident was more than six months ago)
Because I was being denied my civil federal constitutional rights to due representation due process due dilligence. Even my rights to access the law library in order to file claims on own behalf in timely manner

DOLLAR AMOUNT OF CLAIM: $2,350,000

CIVIL CASE TYPE (Required, if amount is more than $10,000) ☐ Limited ($25,000 or less) ☒ Non-Limited (over $25,000)

DOLLAR AMOUNT EXPLANATION
Damages to person in form of Great Bodily harm / Injuries occurred

INCIDENT LOCATION
Kern Valley State Prison, Delta Yard Building 4 front of facility doorway

SPECIFIC DAMAGE OR INJURY DESCRIPTION
Broken ribs which cause pain when I breathe still to this day. Fractured cheekbones on both sides of my face, chipped tooth left molar. Fractured wrist bones. Fractured ankles, abrasions on arms & legs. Fractured elbow & Bloated [illegible]

CIRCUMSTANCES THAT LED TO DAMAGE OR INJURY
police misconduct, use of unnecessary roughness, excessive force, fear tactics & bullying tactics [illegible]. misorderly conduct by peace officers of staff at KVSP namely Sandoval & Peralta & Melendez, Pitchford & J. Gomez-Betancourt

EXPLAIN WHY YOU BELIEVE THE STATE IS RESPONSIBLE FOR THE DAMAGE OR INJURY
Because peace officers are not supposed to behave in such an illegally misconducting misorderly, offensively intimidating & disorderly aggressive overly assertive way towards an innocent victim of circumstances. Excessive force, unnecessary roughness police brutality was displayed by aforementioned peace officers on morning of 3-23-2021

STATE OF CALIFORNIA

**GOVERNMENT CLAIM**

DGS ORIM 006 (Rev. 08/19)

DEPARTMENT OF GENERAL SERVICES
OFFICE OF RISK AND INSURANCE MANAGEMENT

## AUTOMOBILE CLAIM INFORMATION

| DOES THE CLAIM INVOLVE A STATE VEHICLE? | VEHICLE LICENSE NUMBER (if known) | STATE DRIVER NAME (if known) |
|---|---|---|
| ☐ Yes ☒ No | — | — |
| **HAS A CLAIM BEEN FILED WITH YOUR INSURANCE CARRIER?** | **INSURANCE CARRIER NAME** | **INSURANCE CLAIM NUMBER** |
| ☐ Yes ☒ No | — | — |
| **HAVE YOU RECEIVED AN INSURANCE PAYMENT FOR THIS DAMAGE OR INJURY?** | **AMOUNT RECEIVED (if any)** | **AMOUNT OF DEDUCTIBLE (if any)** |
| ☐ Yes ☒ No | — | — |

## NOTICE AND SIGNATURE

I declare under penalty of perjury under the laws of the State of California that all the information I have provided is true and correct to the best of my information and belief. I further understand that if I have provided information that is false, intentionally incomplete, or misleading I may be charged with a felony punishable by up to four years in state prison and/or a fine of up to $10,000 (Penal Code section 72).

| SIGNATURE | PRINTED NAME | DATE |
|---|---|---|
| [signature] | Richard Thomas | 11-7-2021 |

## INSTRUCTIONS

- Include a check or money order for $25, payable to the State of California.
  - $25 filing fee is not required for amendments to existing claims.
- Confirm all sections relating to this claim are complete and the form is signed.
- Attach copies of any documentation that supports your claim. Do not submit originals.

Mail the claim form and all attachments to:
Office of Risk and Insurance Management
Government Claims Program
P.O.Box 989052, MS414
West Sacramento, CA 95798-9052

Claim forms can also be delivered to:
Office of Risk and Insurance Management
Government Claims Program
707 3rd Street, 1st Floor
West Sacramento, CA 95605
1-800-955-0045

### Department of General Services Privacy Notice on Information Collection

This notice is provided pursuant to the Information Practices Act of 1977, California Civil Code Sections 1798.17 & 1798.24 and the Federal Privacy Act (Public Law 93-579).

The Department of General Services (DGS), Office of Risk and Insurance Management (ORIM), is requesting the information specified on this form pursuant to Government Code Section 905.2(c).

The principal purpose for requesting this data is to process claims against the state The information provided will/may be disclosed to a person, or to another agency where the transfer is necessary for the transferee-agency to perform its constitutional or statutory duties, and the use is compatible with a purpose for which the information was collected and the use or transfer is accounted for in accordance with California Civil Code Section 1798.25.

Individuals should not provide personal information that is not requested.

The submission of all information requested is mandatory unless otherwise noted. If you fail to provide the information requested to DGS, or if the information provided is deemed incomplete or unreadable, this may result in a delay in processing.

**Department Privacy Policy**
The information collected by DGS Is subject to the limitations in the Information Practices Act of 1977 and state policy (see State Administrative Manual 5310-5310.7). For more information on how we care for your personal information, please read the DGS Privacy Policy.

**Access to Your Information**
ORIM is responsible for maintaining collected records and retaining them for 5 years. You have a right to access records containing personal information maintained by the state entity. To request access, contact:

**DGSORIM**
**Public Records Officer**
**707 3rd St., West Sacramento, CA 95605**
**(916) 376-5300**

STATE OF CALIFORNIA

DEPARTMENT OF GENERAL SERVICES
OFFICE OF RISK AND INSURANCE MANAGEMENT

# FEE WAIVER REQUEST

DGS ORIM 005 (Rev. 09/19)

## CLAIMANT INFORMATION

| FIRST NAME Richard | LAST NAME Thomas |
|---|---|
| CLAIM NUMBER (IF KNOWN) — - — | TELEPHONE NUMBER |

If you are an inmate in a correctional facility, please attach a certified copy of your trust account balance.

INMATE IDENTIFICATION NUMBER
CDC# BF7330 PID # 18187551

## FINANCIAL INFORMATION

☐ I am receiving financial assistance from one or more of the following programs

- Supplemental Security Income (SSI) and State Supplemental Payments (SSP)
- California Work Opportunity and Responsibility to Kids (CalWORKS)
- CalFresh/SNAP (formerly Food Stamps)
- General Relief (GR) or General Assistance (GA)

☐ Number of household members and monthly household income are within one of the categories below.

| Number of Household Members | Maximum Monthly Household Income |
|---|---|
| 1 | $1,012 |
| 2 | $1,372 |
| 3 | $1,732 |
| 4 | $2,092 |
| 5 | $2,452 |
| 6 | $2,812 |

For each additional household member beyond 6, add $360 to the maximum monthly household income

## CLAIMANT CERTIFICATION

*I request a waiver of the $25 fee to file a government claim. I declare under penalty of perjury, per Penal Code Section 72, that the information provided on this application is true and correct.*

| Signature R Thomas | Date 11-4-2021 |
|---|---|

Department of General Services
Office of Risk and Insurance Management
Government Claims Program
PO Box 989052, MS 414
West Sacramento, CA 95798-9052

1-800-955-0045 - File a Government Claim

Richard Thomas #BF7339
ASU I - F 172
P.O. Box 5107
Delano, CA 93216
RECEIVED
CLERK, U.S. DISTRICT COURT
NOV 10 2021
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY
U.S. POSTAGE PITNEY BOWES
ZIP 93215
02 4W
0000349256 NOV. 08. 2021
$ 001.96⁰
Legal Mail
United States District Court
Central District of California
Office of the Clerk
255 East Temple Street
Room 180
Los Angeles, CA 90012
Kern Valley State Prison
Facility C Building 8
9001283334 C032